# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD FISHER,

Plaintiff,

v.

ISAAC FULWOOD, JR., *et al.*,

Defendants.

Civil Case No. 09-1910 (RJL)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 27 day of March, 2011, it is hereby

**ORDERED** that Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss and for Summary Judgment [#15] is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge